GEOFFREY W. HAWKINS, ESQ.
Nevada Bar No. 7740
JUSTIN R. TARUC, ESQ.
Nevada Bar No. 12500
**HAWKINS MELENDREZ, P.C.**
9555 Hillwood Drive, Suite 150
Las Vegas, Nevada 89134
Phone: (702) 318-8800
Fax: (702) 318-8801
ghawkins@hawkinsmelendrez.com
jtaruc@hawkinsmelendrez.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SAREH and JOHN DOE SIAVASH, Husband and Wife,<br><br>Defendant. | CASE NO.: 2:17-cv-00560-GMN-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

The Parties, by and through their respective attorneys, stipulate as follows:

1. Plaintiff filed his Complaint on March 23, 2017 [ECF No. 9].

2. The Parties agree that there is good cause to extend the time for Defendants to file and serve a response to the Complaint (ECF No. 9) to Friday, **May 26, 2017**.

1

Dated this <u>12th</u> day of May, 2017.     Dated this <u>12th</u> day of May, 2017.

**The Wilcher Firm**                                  **HAWKINS MELENDREZ, P.C.**

<u>*/s/ Whitney C. Wilcher, Esq.*       </u>         <u>*/s/ Geoffrey W. Hawkins, Esq.*       </u>
WHITNEY C. WILCHER, ESQ.                              GEOFFREY W. HAWKINS, ESQ.
Nevada Bar No. 7212                                   Nevada Bar No. 7740
8465 West Sahara Avenue, Suite 111-236                9555 Hillwood Drive, Suite 150
Las Vegas, Nevada 89117                               Las Vegas, Nevada 89134
*Attorney for Plaintiff*                              *Attorneys for Defendant*

**ORDER**

    IT IS SO ORDERED.

    Dated this 15th day of May, 2017.

                                                _____
                                                UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted by:

**HAWKINS MELENDREZ, P.C.**


<u>*/s/ Geoffrey W. Hawkins, Esq.*       </u>
GEOFFREY W. HAWKINS, ESQ.
Nevada Bar No. 7740
JUSTIN R. TARUC, ESQ.
Nevada Bar No. 12500
9555 Hillwood Drive, Suite 150
Las Vegas, Nevada 89134
*Attorneys for Defendant*