Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
(702) 466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman, an individual, <br><br>　　　　Plaintiff, <br>v. <br><br>Sareh and J Doe Siavash, Husband and Wife, <br><br>　　　　Defendant. | Civil Action No: 17-cv-00560-GMN-GWF <br><br>**[PROPOSED] EXPEDITED STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS** <br><br>**[FIRST REQUEST]** |

## STIPULATION FOR EXTENSION OF TIME

Plaintiff, Kevin Zimmerman, and Defendant, Sareh and J Doe Siavash, (collectively, the "Parties') hereby stipulate to the following extension of time for Plaintiff to file their Response to Defendant's Motion to Dismiss [ECF Doc 21]. In accordance with LR 6-1(c) the current deadline for Plaintiff to file their Response is July 13, 2017. Pursuant to Fed. R. Civ. P. 6(b)(1)(A) the Parties stipulate and respectfully request the Court extend the time for Plaintiff to file their Response to Motion to Dismiss for eleven (11) days.

This extension is being requested in good faith and is the first request in this case.

**RESPECTFULLY** submitted this 13th day of July, 2017.

| | |
|---|---|
| /s/ Whitney C. Wilcher | /s/ Geoffrey W. Hawkins |
| Whitney C. Wilcher, Esq. | Geoffrey W. Hawkins |
| THE WILCHER FIRM | Hawkins Melendrez, P.C. |
| Nevada State Bar No. 7212 | 9555 Hillwood Drive, Ste. 150 |
| 8465 West Sahara Avenue | Las Vegas, NV 89134 |
| Suite 111-236 | (702) 318-8800 |
| Las Vegas, NV 89117 | Fax: 702-318-8801 |
| (702) 466-1959 | Email: ghawkins@hawkinsmelendrez.com |
| Email: wcw@nevadaada.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |

### **ORDER**

IT IS HEREBY ORDERED, the Plaintiff may have until Monday, July 24, 2017 in which to file its Response to Defendant's Motion to Dismiss.

DATED                                                            JULY 20 , 2017

BY THE COURT:

_____
UNITED STATES DISTRICT COURT JUDGE