# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEVIN ZIMMERMAN,

    Plaintiff,

vs.

SAREH and JOHN DOE SIAVASH,

    Defendants.

Case No. 2:17-cv-00560-GMN-GWF

**ORDER**

This matter is before the Court on Defendant's Motion to Strike Plaintiff's Amended Complaint (ECF No. 33), filed on November 1, 2017.

On October 29, 2017, Plaintiff filed his motion for leave to file an amended complaint with his proposed amended complaint attached. ECF No. 31. On October 29, 2017, Plaintiff also filed his amended complaint. ECF No. 32. Defendant requests that the Court strike Plaintiff's amended complaint (ECF No. 32) as a fugitive document. LR 7-2(g) states that "[a] party may not file supplemental pleadings, briefs, authorities, or evidence without leave of court granted for good cause. The judge may strike supplemental filings made without leave of court."

Plaintiff's amended complaint is not a pleading pursuant to Fed. R. Civ. P. 7(a) and was not filed with leave of court pursuant to Fed. R. Civ. P. 15. The Court, therefore, grants Defendant's motion to strike. The Clerk of the Court shall strike Plaintiff's amended complaint (ECF No. 32) as a fugitive document. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Strike Plaintiff's Amended Complaint (ECF No. 33) is **granted**.

. . .

**IT IS FURTHER ORDERED** that the Clerk of the Court shall strike Plaintiff's amended complaint (ECF No. 32) without prejudice to Plaintiff filing an amended complaint with leave of court.

DATED this 6th day of November, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge